# JULY TERM, 1866, AT LANSING.

## Maria G. Stockton v. John S. Garland and others.

*Appeals in chancery—notice of hearing.* Where an appeal in chancery has been taken, notice of hearing cannot be given until the full time for returning an appeal has elapsed. *Rule* 19.

*Heard and decided July 6th.*

Motion to strike from the docket.

This was an appeal in chancery from the Genesee Circuit. Notice of hearing was served before the full time for returning the appeal had elapsed.

The Court held that under rule 19 such notice could not be given previous to the expiration of the time for returning the appeal.

*C. I. Walker*, for the motion.

*G. V. N. Lothrop*, contra.